957 A.2d 231

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Rasheem ALLEN, Petitioner.**

**No. 74 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED.** Petitioner's counsel is directed to file a

Petition for Allowance of Appeal within 30 days of the date of this order.